1040

[No. 35127-3-I.   Division One.   February 5, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON PAUL ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-01386-8, Steven G. Scott and James D. McCutcheon, Jr., JJ., entered June 7, June 22 and July 22, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Coleman, J.

[Nos. 12925-0-III; 12926-0-III.   Division Three.   February 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL ALLEN ROGERS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ANNE MARIE ROGERS, *Appellant*.

Appeals from judgments of the Superior Court for Pend Oreille County, Nos. 92-1-00030-2 and 92-1-00031-1, Larry M. Kristianson, J., entered December 22, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14357-1-III.   Division Three.   February 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SABRINA RENE BURNLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-00773-5, James M. Murphy, J., entered September 21, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ. Now published at 80 Wn. App. 571.